```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

**ALFRED INGRAM,**                     *
                                       *
    **Plaintiff,**                   *
                                       *
**vs.**                                *       CIVIL ACTION 06-00078-B
                                       *
**ALABAMA STATE UNIVERSITY,**          *
*et al.*,                              *
                                       *
    **Defendants.**                  *

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED** and **DECREED** that this action be, and hereby is **DISMISSED WITH PREJUDICE.**

**DONE** this **21st** day of **December, 2006.**

                                                    /s/SONJA F. BIVINS
                                              **UNITED STATES MAGISTRATE JUDGE**